PER CURIAM.
We affirm the .convictions and sentences of appellant. As to his claim that the trial court erred in instructing the jury on attempted felony murder, we; have previously addressed this issue in the appeal of his codefendant. See Bell v. State, 152 So.3d 714 (Fla. 4th DCA 2014). As to his claim that his confession to the robbery should have been .suppressed because the detective continued tq)..question him after he stated that he wanted to contact a lawyer, we conclude that, his comments were equivocal and did not require the detective to cease questioning him. See Spivey v. State, 45 So.3d 51, 54 (Fla. 1st DCA 2010).
CIKLIN and GERBER, JJ., concur.
WARNER, J., dissents with opinion.